# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **ROBERT SMITH** | **CIVIL ACTION NO. 18-577-P** |
| **VERSUS** | **CHIEF JUDGE HICKS** |
| **DR. SEAL, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 1st day of April, 2021.

**S. MAURICE HICKS, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**